**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF D.C.**

| | |
|---|---|
| **THE CENTER FOR INVESTIGATIVE REPORTING**, <br> 1400 65ᵗʰ St. <br> Emeryville, CA 94608 <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR**, <br> 1849 C Street, NW <br> Washington, DC  20240 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )   Case No. 18-cv-1599 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1.      Plaintiff THE CENTER FOR INVESTIGATIVE REPORTING brings this suit to remedy Defendant DEPARTMENT OF THE INTERIOR'S failure to issue proper determinations or promptly produce records related to various environmental issues in response to Plaintiff's Freedom of Information Act requests.

## PARTIES

2.      THE CENTER FOR INVESTIGATIVE REPORTING ("CIR") is the nation's first nonprofit investigative journalism organization and made the FOIA requests at issue in this case.  CIR publishes *Reveal*, an online news site at www.revealnews.org, and *Reveal*, a weekly public radio show with approximately 2 million monthly listeners.  CIR has received multiple awards for its reporting.  CIR is a nonprofit established under the laws of the State of California, with its primary office in Emeryville, California.

3.      Defendant DEPARTMENT OF THE INTERIOR is a federal "agency" within the meaning of 5 U.S.C. § 552(f)(1) and subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4.      This case is brought under 5 U.S.C. § 552(a)(6)(c)(i) and presents a federal question conferring jurisdiction on this Court.

5.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## MBTA REQUEST

6.      On February 9, 2018, CIR requested from INTERIOR (1) communications from January 2017, to present, between the INTERIOR's Solicitor's Office and any companies, individuals, organizations, or state or local officials, that mention the Migratory Bird Treaty Act, (2) recordings of video calls or conference calls in which the MBTA  was discussed (including a specific example of such a call), and (3) the schedules of two Solicitor's Office officials, Dan Jorjani and Kevin Haugrud for 2017.

7.      INTERIOR issued an acknowledgement and assigned the request number SOL-2018-112.

8.      INTERIOR has failed to issue a legally proper determination or produce any records.

## SEA LEVEL REQUESTS

9.      On February 9, 2018, CIR requested from INTERIOR (1) communications from 2016 to present concerning the Sea Level Change in the National Park System report, and (2) drafts of that report or other reports on sea level rise and storm surge in national parks.

10.     INTERIOR issued an acknowledgement and assigned the request number SOL-2018-443.

11.     On April 12, 2018, CIR requested from INTERIOR similar records as the February 9 request for the additional time period beginning after that request.

12.     INTERIOR issued an acknowledgement and assigned the request number SOL-2018-658.

13.     INTERIOR has failed to issue a legally proper determination or produce any records in response to these requests.

### COUNT I – VIOLATION OF FOIA – MBTA REQUEST

14.     The above paragraphs are incorporated herein.

15.     Plaintiff made a proper FOIA request to Defendant.

16.     Defendant is an agency subject to FOIA.

17.     Defendant has not promptly produced all non-exempt records responsive the request resulting from an adequate search.

### COUNT II – VIOLATION OF FOIA – SEA LEVEL REQUESTS

18.     The above paragraphs are incorporated herein.

19.     Plaintiff made a proper FOIA request to Defendant.

20.     Defendant is an agency subject to FOIA.

21.     Defendant has not promptly produced all non-exempt records responsive to the requests resulting from an adequate search.

**WHEREFORE,** Plaintiff asks the Court to:

   i.    Order Defendant to produce all non-exempt responsive records resulting from an adequate search "promptly," as the FOIA statute requires, but in any event no later than within 90 days from the date of service of this Complaint;

   ii.   Award Plaintiff attorney fees and costs; and

   iii.  Enter any other relief the Court deems appropriate.

3

RESPECTFULLY SUBMITTED,


*/s/ Matthew V. Topic*

Attorneys for Plaintiff
THE CENTER FOR INVESTIGATIVE
REPORTING


Matthew Topic
Joshua Burday
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com