**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF D.C.**

| | |
|---|---|
| **THE CENTER FOR INVESTIGATIVE** ) | |
| **REPORTING**, ) | |
| 1400 65th St. ) | |
| Emeryville, CA 94608 ) | Case No. 18-cv-1599 |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF THE INTERIOR**, ) | |
| 1849 C Street, NW ) | |
| Washington, DC  20240 ) | |
| ) | |
|     Defendant. ) | |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Rule 83.2 (d), Plaintiff moves for the admission and appearance of attorney D. Victoria Baranetsky *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of D. Victoria Baranetsky (see Exhibit A). As set forth in Ms. Baranetsky's declaration, she is admitted and an active member in good standing of the following courts and bars: the New Jersey Bar, the New York Bar, and the California Bar.

This motion is supported and signed by Matthew V. Topic an active and sponsoring member of the Bar of this Court.

2

RESPECTFULLY SUBMITTED,


*/s/ Matthew V. Topic*

Attorneys for Plaintiff
THE CENTER FOR INVESTIGATIVE
REPORTING


Matthew Topic
Joshua Burday
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com