**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF D.C.**

| | | |
|---|---|---|
| **THE CENTER FOR INVESTIGATIVE** | ) | |
| **REPORTING,** | ) | |
| 1400 65th St. | ) | |
| Emeryville, CA 94608 | ) | Case No. 18-cv-1599 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **UNITED STATES DEPARTMENT** | ) | |
| **OF THE INTERIOR,** | ) | |
| 1849 C Street, NW | ) | |
| Washington, DC  20240 | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF ATTORNEY D. VICTORIA BARANETSKY

I, D. Victoria Baranetsky, declare as follows:

1. My full name is D. Victoria Baranetsky.

2. My office address and telephone number are:

> 1400 65th Street
> Emeryville, CA 94609
> (510) 982-2890

3. I am admitted and am a member in good standing of the New Jersey Bar, the New York Bar, and the California Bar.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6.      I do not practice law from an office located in the District of Columbia.


                                        /s/ D. Victoria Baranetsky