FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CENTER FOR INVESTIGATIVE REPORTING )
_____ )
*Plaintiff* )
)
v. )  Civil Action No. 18-cv-1599-DLF
)
U.S. DEPARTMENT OF THE INTERIOR )
_____ )
*Defendant* )
)

## SUMMONS IN A CIVIL ACTION

To:     *(Defendant's name and address)*

U.S. Attorney for the District of Columbia
555 Fourth Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew V. Topic
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: ___7/6/2018___

/s/ Jean-Claude Douyon
_____
*Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No.  18-cv-1599

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    U.S. Attorney for the District of Columbia

was received by me on *(date)*    7/6/2018    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*  I served the Summons via USPS Certified Mail, Return Receipt Requested,
       Article No. 7017 2400 0000 6642 9677.                                          .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    7/6/2018 _____        _____ /s/ Blake D. Bunting _____
                                                                   *Server's signature*

                                                        Blake D. Bunting, paralegal
                                                _____
                                                            *Printed name and title*
                                                        Loevy & Loevy
                                                        311 N. Aberdeen St., 3rd Floor
                                                        Chicago, IL 60607
                                                _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs › (http://faq.usps.com/?articleId=220900)

## Track Another Package +

Remove ✕

**Tracking Number:** 70172400000066429677

Your item was delivered at 4:35 am on July 16, 2018 in WASHINGTON, DC 20530.

## ⊘ Delivered

July 16, 2018 at 4:35 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.

**app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fg**